**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/08/2022

April 7, 2022

VIA ECF
Hon. Stewart D. Aaron
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

Request GRANTED. The telephone conference currently scheduled for April 11, 2022 is hereby rescheduled to May 31, 2022 at 11:00 a.m. SO ORDERED.
Dated: April 8, 2022

Re:   *Elvira Yamil Mata, et al., v. USCIS, et al.*, No. 22 Civ. 1308 (SDA)

Dear Judge Aaron:

This Office represents the government in this action in which the plaintiffs seek an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate a Petition for Alien Relative (Form I-130). On behalf of the government, I write respectfully to request that the initial conference presently scheduled for April 11, 2022 (*see* ECF No. 19), be adjourned until on or after May 27, 2022.

I respectfully request the adjournment because the plaintiff served this Office by mail on March 17, 2022, and thus the response to the complaint is not due until May 19, 2022. *See* Fed. R. Civ. P. 12(a)(2), 6(d). The government is still determining the status of the plaintiffs' application, as well as the next steps in the adjudicative process and the timing for them. Thus, an adjournment until May 27, 2022 (*i.e.*, the Friday of the week following the current due date for the government's response to the complaint) or thereafter would be in the interests of efficiency and conservation of judicial and party resources. This is the first request to adjourn the initial conference. The plaintiffs consent to this request.

I thank the Court for its consideration of this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   *s/ Jacqueline Roman*
JACQUELINE ROMAN
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (347) 714-3363
E-mail: jacqueline.roman@usdoj.gov
*Attorney for Defendants*

cc: Counsel of record (via ECF)